OPINIONS OF THE SUPREME COURT OF OHIO
The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Sabo, Appellant, v. Schott et al., Appellees.
[Cite as Sabo v. Schott (1994),    Ohio St.3d    .]
Employer and employee -- Claim of wrongful discharge in violation of public policy.
(No. 94-909 -- Submitted August 31, 1994 -- Decided October 12, 1994.)
Appeal from the Court of Appeals for Hamilton County, No. C-920941.

Katz, Greenberger & Norton and Stephen A. Imm, for appellant.
Martin, Bailey & MacDonald and Stephen A. Bailey, for appellees.

The judgment of the court of appeals is reversed. Plaintiff's allegation that he was fired as a result of having testified truthfully, albeit unfavorably to the defendants, if proven to be true, would constitute conduct on the part of the defendants which violates the public policy of this state. This cause is remanded to the trial court to apply Painter v. Graley (1994),    Ohio St.3d    ,    N.E.2d    .
Moyer, C.J., A.W. Sweeney, Wright, Resnick and Pfeifer, JJ., concur.
Douglas, J., dissents.
F.E. Sweeney, J., not participating.